IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CLAYTON PYLE,

Plaintiff,

v.                                                          Case No. 16-cv-1089 JPG/RJD

MIDSTATE COLLECTION SOLUTIONS,
INC.,

Defendant.

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been

settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice

and without costs.

**Dated: August 17, 2017**            **JUSTINE FLANAGAN, Acting Clerk of Court**

                                                    *s/Tina Gray*, **Deputy Clerk**


**Approved:**      *s/J. Phil Gilbert*
                         **J. PHIL GILBERT**
                         **DISTRICT JUDGE**